NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMAD BROTHERS, INC, ) | Civil No. 05-1999 |
| ) Plaintiff, ) | Hon. Faith S. Hochberg, U.S.D.J. |
| v. ) | |
| ) | **OPINION and ORDER** |
| JAIPUR RUGS, INC. and ROBERT KIRBY ) | |
| ) | Date: July 19, 2005 |
| Defendants. ) | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Plaintiff's Order to Show Cause and Motion for attachment and to sanction Defendant Jaipur Rugs, Inc. for contempt, and the Court having reviewed the submissions of the parties pursuant to Fed. R. Civ. P. 78; and for good cause shown, and

it appearing that on April 15, 2005 the Court granted temporary relief to Plaintiff, and

it appearing that on April 27, 2005 the temporary restraints were extended for the pendency of the action, and

it appearing that on June 22, 2005, Plaintiff alleged that Defendants had violated the Court's April 27, 2005 Order and requested further injunctive relief, including an attachment of Defendants' monetary and inventory assets, and an order sanctioning Defendants for being in contempt of the Court's April 27, 2005 Order, and

it appearing that on June 30, 2005, the Court granted additional temporary relief to Plaintiff and set a briefing schedule to address the allegations of failing to comply with the

Court's April 27, 2005 Order.

**IT IS** on this 19th day of July, 2005,

**ORDERED** that Plaintiff's Order to Show Cause is **GRANTED IN PART**, and it is further

**ORDERED** that the temporary restraints ordered by the Court on June 30, 2005 are extended during the pendency of this action,[1] and it is further

**ORDERED** that the Court's April 27, 2005 Order shall remain in full force and effect.


/s/ **Faith S. Hochberg**

Hon. Faith S. Hochberg, U.S.D.J.

---

[1] The Court does not find sufficient evidence at this time to hold Defendants in contempt for violating the Court's April 27, 3005 Order or to attach Plaintiff's property, but reserves the right to make such a determination at a later date.